**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Susan F. Boyd-Noel                  CHAPTER 13
<u>Debtor(s)</u>

BKY. NO. 22-10355 ELF

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of PENNSYLVANIA HOUSING FINANCE AGENCY and index same on the master mailing list.

                                         Respectfully submitted,

/s/ Rebecca Solarz
Rebecca Solarz
24 Mar 2022, 15:10:47, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322