# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                Chapter 13

                Bankruptcy No. 22-10355-ELF

SUSAN F. BOYD-NOEL

915 CHARLES STREET

COATESVILLE, PA 19320

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  SUSAN F. BOYD-NOEL

  915 CHARLES STREET

  COATESVILLE, PA 19320

Counsel for debtor(s), by electronic notice only.

  JOSEPH F CLAFFY, ESQ
  26 SOUTH CHURCH ST
  SUITE 1 SOUTH
  WEST CHESTER, PA 19382-

Date: 4/7/2022

/S/ Kenneth E. West
_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee