# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 22-10355** |
| **Susan F. Boyd-Noel** | : | **Chapter 13** |
| | : | **Judge Eric L. Frank** |
| **Debtor(s)** | : | * * * * * * * * * * * * * * * * * |
| | : | |
| **PNC Bank, N.A.** | : | **Related Document # 3** |
| **Movant,** | : | |
| vs | : | |
| | : | |
| **Susan F. Boyd-Noel** | : | |
| | : | |
| **Kenneth E. West, Trustee** | : | |
| **Respondents.** | : | |

## PRAECIPE OF WITHDRAWAL OF PROOF OF CLAIM
## (CLAIM NO. 3)

Now comes PNC Bank, N.A. ("Creditor") by and through counsel, and hereby withdraws its Proof of Claim which was filed in this Court on April 25, 2022 as Claim Number 3. The Proof of Claim No. 3 needs to be withdrawn because it was filed in error.

        Respectfully submitted,

        /s/ Alyk L. Oflazian
        Alyk L. Oflazian, Esquire (312912)
        Adam B. Hall (323867)
        Manley Deas Kochalski LLC
        P.O. Box 165028
        Columbus, OH  43216-5028
        Telephone: 614-220-5611
        Fax: 614-627-8181
        Attorneys for Creditor
        The case attorney for this file is Alyk L. Oflazian.
        Contact email is ALOflazian@manleydeas.com

22-005076_JMK

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** | : |
| | : **Case No.: 22-10355** |
| **Susan F. Boyd-Noel** | : **Chapter 13** |
| | : **Judge Eric L. Frank** |
| **Debtor(s)** | : * * * * * * * * * * * * * * * * * |
| | : |
| **PNC Bank, N.A.** | : **Related Document # 3** |
| **Movant,** | : |
| vs | : |
| | : |
| **Susan F. Boyd-Noel** | : |
| | : |
| **Kenneth E. West, Trustee** | : |
| **Respondents.** | : |

## CERTIFICATE OF SERVICE

I certify that on the date of filing, a copy of the foregoing Praecipe of Withdrawal of Proof of Claim (Claim No. 3) was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Kenneth E. West, Chapter 13 Trustee, ecfemails@ph13trustee.com

Joseph F. Claffy, Attorney for Susan F. Boyd-Noel, claffylaw@gmail.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

Susan F. Boyd-Noel, 915 Charles Street, Coatesville, PA  19320

/s/ Alyk L. Oflazian

22-005076_JMK