THE WORKPLACE INC
1000 Lafayette Blvd
FIFTH FLOOR
Bridgeport CT 06604-4725

1410-3024
ORG1:CHESTE Cheste
EE ID: 2595643    DD

DATE: 12/31/2021
CHECK NO.: 76673

**PAY TO THE ORDER OF**

SUSAN BRADLEY
915 CHARLES STREET
COATESVILLE PA 19320

Total Net Direct Deposit(s)
**$258.91**
AMOUNT

VOID THIS IS NOT A CHECK .................................................... DOLLARS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

---

**PERSONAL AND CHECK INFORMATION**
Susan Bradley
915 Charles Street
Coatesville, PA 19320
Soc Sec #: xxx-xx-xxxx    Employee ID: 2595643
Clock ID: 2595643

Home Department: CHESTE Chester

Pay Period: 12/05/21 to 12/18/21
Check Date: 12/31/21    Check #: 76673

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 831 | 258.91 | 7091.89 |
| NET PAY | 258.91 | 7091.89 |

**EARNINGS**

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Other Wages | 40.00 | 7.2500 | 290.00 | 1096.00 | 7946.00 |
| | Total Hours | 40.00 | | | 1096.00 | |
| | Gross Earnings | | | 290.00 | | 7946.00 |
| | Total Hrs Worked | 40.00 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 17.98 | 492.65 |
| Medicare | | 4.21 | 115.22 |
| Fed Income Tax | S 1 | | 2.38 |
| PA Income Tax | | 8.90 | 243.86 |
| PA Unemploy | Exempt | | |
| TOTAL | | 31.09 | 854.11 |

**NET PAY**

| THIS PERIOD ($) | YTD ($) |
|---|---|
| 258.91 | 7091.89 |

Payrolls by Paychex, Inc.
0943 1410-3024  The Workplace Inc • 1000 Lafayette Blvd • FIFTH FLOOR • Bridgeport CT 06604-4725 • (203) 610-8500

| | | | |
|---|---|---|---|
| THE WORKPLACE INC<br>1000 Lafayette Blvd<br>FIFTH FLOOR<br>Bridgeport CT 06604-4725 | 1410-3024<br>ORG1:CHESTE Cheste<br>EE ID: 2595643    DD | 01/14/2022<br>DATE | 77242<br>CHECK NO. |

PAY TO THE ORDER OF    SUSAN BRADLEY
915 CHARLES STREET
COATESVILLE PA 19320

Total Net Direct Deposit(s)
**$258.91**
AMOUNT

VOID THIS IS NOT A CHECK ................................................ DOLLARS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

---

**PERSONAL AND CHECK INFORMATION**
Susan Bradley
915 Charles Street
Coatesville, PA 19320
Soc Sec #: xxx-xx-xxxx    Employee ID: 2595643
Clock ID: 2595643

Home Department: CHESTE Chester

Pay Period: 12/19/21 to 01/01/22
Check Date: 01/14/22    Check #: 77242

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 831 | 258.91 | 258.91 |
| NET PAY | 258.91 | 258.91 |

**EARNINGS**

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Other Wages | 40.00 | 7.2500 | 290.00 | 40.00 | 290.00 |
| | Total Hours | 40.00 | | | 40.00 | |
| | Gross Earnings | | | 290.00 | | 290.00 |
| | Total Hrs Worked | 40.00 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 17.98 | 17.98 |
| Medicare | | 4.21 | 4.21 |
| PA Income Tax | | 8.90 | 8.90 |
| PA Unemploy | Exempt | | |
| TOTAL | | 31.09 | 31.09 |

**NET PAY**

| | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 258.91 | 258.91 |

Payrolls by Paychex, Inc.
0943 1410-3024  The Workplace Inc • 1000 Lafayette Blvd • FIFTH FLOOR • Bridgeport CT 06604-4725 • (203) 610-8500

THE WORKPLACE INC
1000 Lafayette Blvd
FIFTH FLOOR
Bridgeport CT 06604-4725

1410-3024
ORG1:CHESTE Cheste
EE ID: 2595643        DD

DATE: 01/28/2022    CHECK NO. 77819

PAY TO THE ORDER OF

SUSAN BRADLEY
915 CHARLES STREET
COATESVILLE PA 19320

Total Net Direct Deposit(s)
**$258.92**
AMOUNT

VOID

VOID THIS IS NOT A CHECK .................................................. DOLLARS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

**PERSONAL AND CHECK INFORMATION**
Susan Bradley
915 Charles Street
Coatesville, PA 19320
Soc Sec #: xxx-xx-xxxx    Employee ID: 2595643
Clock ID: 2595643

Home Department: CHESTE Chester

Pay Period: 01/02/22 to 01/15/22
Check Date: 01/28/22    Check #: 77819

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 831 | 258.92 | 517.83 |
| NET PAY | 258.92 | 517.83 |

**EARNINGS**

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Other Wages | 40.00 | 7.2500 | 290.00 | 80.00 | 580.00 |
| | Total Hours | 40.00 | | | 80.00 | |
| | Gross Earnings | | | 290.00 | | 580.00 |
| | Total Hrs Worked | 40.00 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 17.98 | 35.96 |
| Medicare | | 4.20 | 8.41 |
| PA Income Tax | | 8.90 | 17.80 |
| PA Unemploy | Exempt | | |
| TOTAL | | 31.08 | 62.17 |

**NET PAY**

| | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 258.92 | 517.83 |

Payrolls by Paychex, Inc.

0943 1410-3024  The Workplace Inc • 1000 Lafayette Blvd • FIFTH FLOOR • Bridgeport CT 06604-4725 • (203) 610-8500

THE WORKPLACE, INC
1000 Lafayette Blvd
FIFTH FLOOR
Bridgeport CT 06604-4725

1410-3024
ORG1:CHESTE Cheste
EE ID: 2595643    DD

DATE: 02/25/2022
CHECK NO.: 79061

PAY TO THE ORDER OF

SUSAN BRADLEY
915 CHARLES STREET
COATESVILLE PA 19320

Total Net Direct Deposit(s)
**$258.92**
AMOUNT

VOID

VOID THIS IS NOT A CHECK ............................................. DOLLARS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

---

**PERSONAL AND CHECK INFORMATION**
Susan Bradley
915 Charles Street
Coatesville, PA 19320
Soc Sec #: xxx-xx-xxxx   Employee ID: 2595643
Clock ID: 2595643

Home Department: CHESTE Chester

Pay Period: 01/30/22 to 02/12/22
Check Date: 02/25/22   Check #: 79061

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 831 | 258.92 | 1035.66 |
| NET PAY | 258.92 | 1035.66 |

**EARNINGS**

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Other Wages | 40.00 | 7.2500 | 290.00 | 160.00 | 1160.00 |
| | Total Hours | 40.00 | | | 160.00 | |
| | Gross Earnings | | | 290.00 | | 1160.00 |
| | Total Hrs Worked | 40.00 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 17.98 | 71.92 |
| Medicare | | 4.20 | 16.82 |
| PA Income Tax | | 8.90 | 35.60 |
| PA Unemploy | Exempt | | |
| TOTAL | | 31.08 | 124.34 |

NET PAY

| | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 258.92 | 1035.66 |

Payrolls by Paychex, Inc.

0943 1410-3024  The Workplace Inc • 1000 Lafayette Blvd • FIFTH FLOOR • Bridgeport CT 06604-4725 • (203) 610-6500

THE WORKPLACE INC
1000 Lafayette Blvd
FIFTH FLOOR
Bridgeport CT 06604-4725

1410-3024
ORG1:CHESTE Cheste
EE ID: 2595643    DD

DATE: 03/11/2022
CHECK NO: 79647

**PAY TO THE ORDER OF**
SUSAN BRADLEY
915 CHARLES STREET
COATESVILLE PA 19320

Total Net Direct Deposit(s)
**$258.91**

VOID THIS IS NOT A CHECK .................................................. DOLLARS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE                                                                 FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
Susan Bradley
915 Charles Street
Coatesville, PA 19320
Soc Sec #: xxx-xx-xxxx    Employee ID: 2595643
Clock ID: 2595643

Home Department: CHESTE Chester

Pay Period: 02/13/22 to 02/26/22
Check Date: 03/11/22   Check #: 79647

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 831 | 258.91 | 1294.57 |
| NET PAY | 258.91 | 1294.57 |

**EARNINGS**

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Other Wages | 40.00 | 7.2500 | 290.00 | 200.00 | 1450.00 |
| | Total Hours | 40.00 | | | 200.00 | |
| | Gross Earnings | | | 290.00 | | 1450.00 |
| | Total Hrs Worked | 40.00 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 17.98 | 89.90 |
| Medicare | | 4.21 | 21.03 |
| PA Income Tax | | 8.90 | 44.50 |
| PA Unemploy | Exempt | | |
| TOTAL | | 31.09 | 155.43 |

**NET PAY**

| | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 258.91 | 1294.57 |

Payrolls by Paychex, Inc.

0943 1410-3024  The Workplace Inc • 1000 Lafayette Blvd